```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19417
   ROBERT E WALKER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3199

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/18/2004 and was confirmed 08/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 05/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
77TH ST DEPOT FEDERAL CU  UNSECURED         3919.66              .00        391.97
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00              .00           .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE    18136.06              .00      18136.06
NUVELL CREDIT CO LLC      SECURED           1049.00          1086.25       1049.00
NUVELL CREDIT CO LLC      UNSECURED       NOT FILED              .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED              .00           .00
AMERICREDIT FINANCIAL SV  SECURED            146.25            80.19        146.25
AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00           .00
CAPITAL ONE BANK          UNSECURED         1344.31              .00        134.43
BRYANT CORPORATION        UNSECURED       NOT FILED              .00           .00
KROPIK PAPUGA & SHAW      NOTICE ONLY     NOT FILED              .00           .00
LDG FINANCIAL             UNSECURED       NOT FILED              .00           .00
PROVIDIAN                 UNSECURED       NOT FILED              .00           .00
RIDDLE & ASSOC PC         UNSECURED       NOT FILED              .00           .00
RESURGENT ACQUISITION LL  UNSECURED          252.50              .00         25.25
VERIZON WIRELESS          UNSECURED          460.10              .00         46.01
BRYANT CORPORATION        UNSECURED         3232.24              .00        323.22
VERIZON WIRELESS          UNSECURED          121.79              .00         12.18
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      10.00               .00         10.00
HOMECOMINGS FINANCIAL     COST OF COLLE     600.00               .00        600.00
AMERICREDIT FINANCIAL SV  UNSECURED          189.06              .00         21.12
77TH ST DEPOT FEDERAL CU  SECURED           1000.00              .00       1000.00
77TH ST DEPOT FEDERAL CU  UNSECURED            .00               .00           .00
77TH ST DEPOT FEDERAL CU  UNSECURED            .00               .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,600.00                         2,600.00
TOM VAUGHN                TRUSTEE                                           1,462.07
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 19417 ROBERT E WALKER
```

```
TRUSTEE                                  27,124.00

PRIORITY                                                       10.00
SECURED                                                    20,931.31
    INTEREST                                                1,166.44
UNSECURED                                                     954.18
ADMINISTRATIVE                                              2,600.00
TRUSTEE COMPENSATION                                        1,462.07
DEBTOR REFUND                                                    .00
                                    ---------------   ---------------
TOTALS                                   27,124.00         27,124.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE